UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
Room 201, Federal Building
121 Spring St., S.E.
Gainesville, Georgia 30501

May 16, 2013

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

JUN - 3 2013

JAMES N. HATTEN, Clerk
By:

Deputy Clerk

Jonathan R. Wakely
Covington & Burling LLP
1201 Pennsylvania Ave, NW
PO Box 7566
Washington, DC 20044

Re: 2:13-CV-00104-WCO
    Brady Center to Prevent Gun Violence v. City of Nelson, Georgia, et al

Dear Mr. Wakely:

You are listed as counsel in the referenced case. As an out-of-state attorney who is not a member of the Bar of this Court, you must be admitted *pro hac vice* (Local Rule 83.1). Applications for Admission Pro Hac Vice in all cases, both civil and criminal, should be filed electronically by local counsel. Credit card payment of the $150 application fee must be made concurrent with the filing of the completed application.

A *pro hac vice* application is available on our Courts web site at www.gand.uscourts.gov.

If you decide not to complete the application, you must file a (1) motion to withdraw identifying therein the attorney who will represent the party or (2) notice of substitution of counsel.

This is the only notice you will receive; after 30 days and no response, the status of your admission will be brought to the attention of the assigned judge.

Direct all correspondence or any questions you may have to the clerk's office at 678-450-2760.

Sincerely yours,

James N. Hatten, Clerk

By: s/Vicki L. Dougherty
    Deputy Clerk

**Office of the Clerk**
**United States District Court**
**201 United States Courthouse**
**121 Spring Street, S.E.**
**Gainesville, Georgia 30501-3789**

OFFICIAL BUSINESS



Jonathan R. Wakely
Covington & Burling LLP
PO Box 7566
Washington, DC 20044

NIXIE          208 DE 1          00 05/30/13
          RETURN TO SENDER
          ATTEMPTED    NOT KNOWN
          UNABLE TO FORWARD

BC: 30501374999          *1691-03121-17-40